# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-673

**Effective Date of Registration:**
September 18, 2018

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title _____

| | |
|---|---|
| **Title of Work:** | BIG FLASH MOG |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 06, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author _____

| | |
|---|---|
| • **Author:** | KIM HASKINS |
| **Author Created:** | Artwork |
| **Citizen of:** | United Kingdom |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | KIM HASKINS<br>35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | LICKERISH |
| **Name:** | EMMA CARLSEN |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +4402073232009 |
| **Address:** | 4A TILEYARD STUDIOS, TILEYARD ROAD<br>LONDON N7 9AH  United Kingdom |

## Certification _____

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05296

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.





# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-613

**Effective Date of Registration:**
September 18, 2018

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title _____

| | |
|---|---|
| **Title of Work:** | SWEETHEART |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 12, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author _____

| | |
|---|---|
| • **Author:** | KIM HASKINS |
| **Author Created:** | Artwork |
| **Citizen of:** | United Kingdom |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | KIM HASKINS |
| | 35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | LICKERISH |
| **Name:** | EMMA CARLSEN |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +4402073232009 |
| **Address:** | 4A TILEYARD STUDIOS, TILEYARD ROAD |
| | LONDON N7 9AH  United Kingdom |

## Certification _____

|                                   |                                                    |
| --------------------------------: | -------------------------------------------------- |
| **Name:**                         | Joe G. Naylor, Authorized agent of Author/Owner    |
| **Date:**                         | September 18, 2018                                 |
| **Applicant's Tracking Number:**  | USCO-05301                                          |

---

**Copyright Office notes:**   Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-236-190

**Effective Date of Registration:**
February 03, 2021
**Registration Decision Date:**
February 05, 2021

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
_____

        **Title of Work:**   YOU'RE PURRFECT

## Completion/Publication
_____

    **Year of Completion:**   2012
  **Date of 1st Publication:**   November 22, 2012
**Nation of 1st Publication:**   United Kingdom

## Author
_____

-      **Author:**   KIM HASKINS
   **Author Created:**   Artwork
       **Citizen of:**   United Kingdom
   **Domiciled in:**   United Kingdom

## Copyright Claimant
_____

  **Copyright Claimant:**   KIM HASKINS
                     35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions
_____

   **Organization Name:**   LICKERISH LTD
            **Name:**   EMMA CARLSEN
          **Email:**   emma.carlsen@lickerishltd.com
     **Telephone:**   +442073232009
       **Address:**   Fitzroy House, 18 ASHWIN STREET
                     LONDON, E8 3DL  United Kingdom

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | February 03, 2021 |
| **Applicant's Tracking Number:** | USCO-05306 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-416-919

**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
October 09, 2024

---

### Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Purrfect Christmas

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** September 28, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** 30733 RUE VALOIS
Palos Verdes, CA 90275  United States

## Certification

|                                  |                   |
|---------------------------------:|-------------------|
|                        **Name:** | Joe G. Naylor     |
|                        **Date**: | August 20, 2024   |
| **Applicant's Tracking Number**: | USCO-10758        |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-236-187

**Effective Date of Registration:**
February 03, 2021
**Registration Decision Date:**
February 05, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** FLASH MOG MULTI

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** March 24, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** FITZROY HOUSE, 18 ASHWIN STREET
LONDON E8 3DL United Kingdom

Page 1 of 2

## Certification

|                             |                                             |
|----------------------------:|---------------------------------------------|
| **Name:**                   | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:**                   | February 03, 2021                           |
| **Applicant's Tracking Number:** | USCO-07195                             |

**Copyright Office notes:**     Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)
All of the material contained within the work must be created by the same
individual; 4) The author and the owner of the work must be the same person,
and that person must own all of the rights in the work; 5) The work cannot be a
work made for hire.



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Coyle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-120-911**

**Effective Date of Registration:**
September 19, 2018

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

            Title of Work:  FRIENDS FUREVER

## Completion/Publication
_____

        Year of Completion:  2012
    Date of 1st Publication:  May 02, 2013
   Nation of 1st Publication:  United Kingdom

## Author
_____

    •        Author:  KIM HASKINS
       Author Created:  Artwork
          Citizen of:  United Kingdom
        Domiciled in:  United Kingdom

## Copyright Claimant
_____

    Copyright Claimant:  KIM HASKINS
                         35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom

## Rights and Permissions
_____

     Organization Name:  LICKERISH
                 Name:  EMMA CARLSEN
                Email:  emma.carlsen@lickerishltd.com
            Telephone:  +4402073232009
              Address:  4A TILEYARD STUDIOS, TILEYARD ROAD
                        LONDON N7 9AH  United Kingdom

## Certification
_____

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05302

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-781

**Effective Date of Registration:**
September 18, 2018

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

| | |
|---|---|
| Title of Work: | BUTCH |

## Completion/Publication
_____

| | |
|---|---|
| Year of Completion: | 2011 |
| Date of 1st Publication: | October 03, 2011 |
| Nation of 1st Publication: | United Kingdom |

## Author
_____

| | |
|---|---|
| • Author: | KIM HASKINS |
| Author Created: | Artwork |
| Citizen of: | United Kingdom |
| Domiciled in: | United Kingdom |

## Copyright Claimant
_____

| | |
|---|---|
| Copyright Claimant: | KIM HASKINS |
| | 35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom |

## Rights and Permissions
_____

| | |
|---|---|
| Organization Name: | LICKERISH |
| Name: | EMMA CARLSEN |
| Email: | emma.carlsen@lickerishltd.com |
| Telephone: | +4402073232009 |
| Address: | 4A TILEYARD STUDIOS, TILEYARD ROAD |
| | LONDON N7 9AH  United Kingdom |

## Certification
_____

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05300

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-418-118

**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
October 17, 2024

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title _____

**Title of Work:**  FELINE FESTIVE

## Completion/Publication _____

**Year of Completion:**  2015
**Date of 1st Publication:**  September 29, 2015
**Nation of 1ˢᵗ Publication:**  United Kingdom

## Author _____

- **Author:**  KIM HASKINS
  **Author Created:**  Artwork
  **Citizen of:**  United Kingdom
  **Domiciled in:**  United Kingdom

## Copyright Claimant _____

**Copyright Claimant:**  KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions _____

**Organization Name:**  LICKERISH
**Name:**  EMMA CARLSEN
**Email:**  emma.carlsen@lickerishltd.com
**Telephone:**  +442073232009
**Address:**  30733 RUE VALOIS
Palos Verdes, CA 90275 United States

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date**: | August 20, 2024 |
| **Applicant's Tracking Number**: | USCO-10759 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-418-374

**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
October 18, 2024

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title _____

**Title of Work:** SANTA CAT

## Completion/Publication _____

**Year of Completion:** 2018
**Date of 1st Publication:** January 30, 2018
**Nation of 1st Publication:** United Kingdom

## Author _____

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant _____

**Copyright Claimant:** KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions _____

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** 30733 RUE VALOIS
Palos Verdes, CA 90275  United States

# Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date**: | August 20, 2024 |
| **Applicant's Tracking Number**: | USCO-10760 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-212-243

**Effective Date of Registration:**
July 14, 2020
**Registration Decision Date:**
August 04, 2020

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
 

**Title of Work:** Patapoufette

## Completion/Publication
 

**Year of Completion:** 2019
**Date of 1st Publication:** August 06, 2019
**Nation of 1st Publication:** United Kingdom

## Author
 

- **Author:** kim haskins
  **Author Created:** Photograph
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant
 

**Copyright Claimant:** kim haskins
35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom

## Rights and Permissions
 

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** Fitzroy House, 18 Ashwin Street,
LONDON E8 3DL United Kingdom

## Certification

|  |  |
|---:|---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | July 13, 2020 |
| **Applicant's Tracking Number:** | USCO-06734 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-533

**Effective Date of Registration:**
September 18, 2018

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title _____

Title of Work: PURRENTING

## Completion/Publication _____

Year of Completion: 2012
Date of 1st Publication: March 01, 2012
Nation of 1st Publication: United Kingdom

## Author _____

- Author: KIM HASKINS
  Author Created: Artwork
  Citizen of: United Kingdom
  Domiciled in: United Kingdom

## Copyright Claimant _____

Copyright Claimant: KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom

## Rights and Permissions _____

Organization Name: LICKERISH
Name: EMMA CARLSEN
Email: emma.carlsen@lickerishltd.com
Telephone: +4402073232009
Address: 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

## Certification _____

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05294

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-416-973

**Effective Date of Registration:**
August 22, 2024
**Registration Decision Date:**
October 09, 2024

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
___

**Title of Work:** TWINKLE

## Completion/Publication
___

**Year of Completion:** 2020
**Date of 1st Publication:** February 05, 2020
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author
___

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant
___

**Copyright Claimant:** KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions
___

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** 30733 RUE VALOIS
Palos Verdes, CA 90275  United States

## Certification

| | |
|---:|:---|
| **Name:** | Joe G. Naylor |
| **Date**: | August 14, 2024 |
| **Applicant's Tracking Number**: | USCO-10753 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

